William B. Clark, as Trustee, etc., Appellant, v. Albert H. Pierson and Others, Respondents.— Motion to dismiss appeal granted, with costs of appeal, together with ten dollars costs of motion.

William Skinner, Respondent, v. Le Roy Hydraulic Electric Gas Company, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

Edward J. Phillips, as Administrator, etc., of David Phillips, Deceased, Appellant, v. Lackawanna Steel Company, Respondent.— Order affirmed, with costs. All concurred.

Emilio Dellefave, an Infant, by Samuel Nucci, His Guardian ad Litem, Respondent, v. Empire Portland Cement Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Lewis E. Wilson, as Administrator, etc., of Lottie E. Wilson, Deceased, Respondent, v. The New York, Ontario and Western Railway Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event upon questions of law and fact. Held, that the plaintiff was guilty of contributory negligence as matter of law; that the finding of the jury that the defendant was guilty of negligence which contributed to the injury is against the weight of the evidence, and also that there are reversible errors in the charge. All concurred; Spring, J., on first ground only.

Michael Kapiszak, Respondent, v. National Car Wheel Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Lizzie A. Yorkey, Respondent, v. George F. Yorkey, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal. All concurred.

Charles J. Miner, Appellant, v. Jacob Chalker, Respondent.— Judgment affirmed, with costs. All concurred, except Williams, J., who dissented.

Hess Seeber, Respondent, v. The Town of Leon, Appellant.— Judgment affirmed, with costs. All concurred, except Kruse, J., who dissented.

Catherine Griffin, Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

George M. McDonald, Respondent, v. Donato De Vito and Another, Appellants.— Motion denied, without costs. Held, that all questions as to inaccuracies in the case and exceptions must be determined in the lower court, and the case and exceptions as finally settled filed, before a motion to dismiss under rule 41* can be entertained here.

Ella E. Roach, Respondent, v. William H. Curtis and Another, Appellants.— Motion for leave to appeal to the Court of Appeals granted.

George W. Searles, Respondent, v. Frank Gebbie and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted and questions certified.

Buffalo German Insurance Company v. The Title Guaranty and Trust Company of Scranton, Pennsylvania.— Motion for leave to appeal to the Court of Appeals granted.

Harry G. Soper, Appellant, v. Edward H. Butler, Respondent.— Motion to amend order denied, with ten dollars costs.

---

* General Rules of Practice.— [REP.